Nicole Owens
Federal Public Defender
Hannah Pugh
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Robert Lowell Duren

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Honorable B. Lynn Winmill

| | |
|---|---|
| United States of America | No. 4:25-cr-00010-BLW |
| Plaintiff | **Notice of Withdrawal of Co-Counsel** |
| v. | |
| Robert Lowell Duren | |
| Defendant | |

Please take notice that Hannah Pugh, who previously entered her appearance as co-counsel for Mr. Duren in the above-captioned matter, hereby withdraws her appearance.

Accordingly, Ms. Pugh respectfully request that the Clerk terminate her CM/ECF notifications and remove her from the docket and service list in this case.

Dated: April 10, 2026          Nicole Owens
Federal Public Defender
By:


/s/ Hannah Pugh
Hannah Pugh
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Robert Lowell Duren

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Zoie J. Laggis, Assistant U.S. Attorney

Dated: April 10, 2026           /s/ Sybil Davis
                                      Sybil Davis